JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIR MICHAEL DYESS, | Case No. 2:23-cv-06456-MEMF-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS REHABILITATION, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: February 10, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge