**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIR MICHAEL DYESS, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS REHABILITATION, <br><br> Defendant. | Case No. 2:23-cv-06456-MEMF (JDE) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), Plaintiff's Request to Proceed In Forma Pauperis (Dkt. 2), the Order re Complaint issued by the assigned magistrate judge (Dkt. 7), the First Amended Complaint (Dkt. 9, "FAC"), the magistrate judge's Order re FAC (Dkt. 10); Plaintiff's Notice of Intent to Proceed with FAC (Dkt. 20), the Report and Recommendation of the magistrate judge (Dkt. 22, "Report"); and a letter from Plaintiff received on November 20, 2023, which the Court liberally construes as Plaintiff's Objection to the Report (Dkt. 23). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

In the First Amended Complaint, the operative pleading, Plaintiff, a state prisoner, alleges violations of the Eighth Amendment based on blankets and boxer shorts provided by the prison, as well as features on cell doors. (ECF No. 9.) The Magistrate Judge's Report recommends denial of Plaintiff's Request to Proceed In Forma Pauperis and dismissal of this action without prejudice because Plaintiff has failed, despite being afforded opportunities, to present amended allegations overcoming Defendant's Eleventh Amendment immunity from suit. (ECF No. 22.) For the following reasons, Plaintiff's objections to the Report (ECF No. 23) do not warrant a change to the Magistrate Judge's findings or recommendation.

Plaintiff objects that the there is not Second Amended Complaint. (ECF No. 23 at 1.) The Report's recommendation, however, is based on Plaintiff's stated intent to proceed with his First Amended Complaint. (ECF No. 22 at 3.)

Plaintiff objects that, because his prison does not participate in the pilot program for in forma pauperis applications, none of his filings should have been stricken. (ECF No. 23 at 1.) The Report, however, did not recommend dismissal based on any filings that were stricken. The Report recommended dismissal because Plaintiff failed to overcome Defendant's immunity from suit. Plaintiff was twice advised of this pleading deficiency. (ECF Nos. 7, 10.) Specifically, he was warned that "no state officers have been named in this action." (ECF No. 10 at 6.) Plaintiff still stated he wished to proceed with a First Amended Complaint (ECF No. 20) without curing the deficiency.

Plaintiff objects that his motion to proceed to proceed in forma pauperis has not been answered. (ECF No. 23 at 1.) The motion was not addressed until the Magistrate Judge issued his Report. (ECF No. 22.) It was proper that Plaintiff's motion was not granted immediately, which would have resulted in making him responsible for the full filing fee of $350. Before imposing that obligation, the Magistrate Judge determined whether Plaintiff could overcome Defendant's immunity from suit. Because Plaintiff has not shown he can correct this deficiency,

the Report properly recommends denial of the motion to proceed in forma pauperis and dismissal of the action without prejudice.  Moreover, Plaintiff will not be responsible for the filing fee.

      For these reasons, Plaintiff's objections to the Report are overruled.

**ORDER**

      IT IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Plaintiff's Request to Proceed In Forma Pauperis is denied; and (3) Judgment shall be entered dismissing this action without prejudice.

DATED: February 10, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE